JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN LINDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHIPOTLE MEXICAN GRILL SERVICE CO., LLC; ISRAEL FERRERA, an individual; and Does 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 12-5859-GW (AGRx)<br><br>**JUDGMENT**<br><br>[Assigned to Courtroom 10, the Hon. George H. Wu] |

　　This action having been tried before the Court sitting with a jury; the issues having been duly tried; and the jury having duly rendered its verdict,

　　IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff LAUREN LINDO shall have and recover the total sum of $109,580 as follows:

1. $68,000 against CHIPOTLE MEXICAN GRILL SERVICE CO., LLC for past emotional distress, anxiety, and humiliation (of this amount, ISRAEL FERRER is also responsible in the amount of $6,800);

2. $18,000 against CHIPOTLE MEXICAN GRILL SERVICE CO., LLC for

future emotional distress, anxiety, and humiliation (of this amount, ISRAEL FERRER is also responsible in the amount of $1,800);

3. $7,500 against CHIPOTLE MEXICAN GRILL SERVICE CO., LLC for past lost earnings;

4. $1,080 against CHIPOTLE MEXICAN GRILL SERVICE CO., LLC for waiting time penalties; and

5. $15,000 against ISRAEL FERRER for punitive damages.

Plaintiff Lauren Lindo shall file an application to tax costs and a motion / application for attorney's fees.

DATED: July 12, 2013

_____
GEORGE H. WU, U.S. District Judge